UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOUSTON CASUALTY
COMPANY,

    Plaintiff,

v.                                                Case No. 6:22-cv-1429-RBD-LHP

ENDURANCE ASSURANCE
CORPORATION; and ARMANDO
MALDONADO,

    Defendants.
_____

**ORDER**

Before the Court is Plaintiff's Renewed Motion for Default Judgment as to Defendant Armando Maldonado. (Doc. 58 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 60 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 60) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 58) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default declaratory judgment in favor of Plaintiff Houston Casualty Company and against Defendant Armando Maldonado stating that BH Management is covered under the Endurance Policy, and Endurance has a duty to defend BH Management in the state court lawsuit, Case No. 2021-CA-008589-0. (*See* Docs. 56–57.)

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 21, 2024.



ROY B. DALTON, JR.
United States District Judge